# Richmond

Commonwealth of Virginia v. Mary R. White.

October 12, 1942.

Record No. 2621.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Browning and Eggleston, JJ.

*Abram P. Staples, Attorney General,* and *W. W. Martin, Assistant Attorney General,* for the plaintiff in error.

*F. D. G. Ribble* and *William H. White, Jr.,* for the defendant in error.

Browning, J., delivered the opinion of the court.

Despite subtleties of reasoning and finely drawn distinctions (without, we think, a substantial difference), we conclude, as did the trial court, that this case is governed and controlled by the decision of this court in the case of *Commonwealth* v. *Stringfellow,* 173 Va. 284, 4 S. E. (2d) 357.

It seems unnecessary to say more. The judgment of the trial court is affirmed.

*Affirmed.*